## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ROBERT STEVEN PRICE,

    Plaintiff,

v.   Case No. 5:24-cv-127-TKW-MJF

DANIEL WALKER, *et al.*,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, a Florida prisoner proceeding *pro se*, initiated this action on June 18, 2024, by filing a civil rights complaint and a motion for leave to proceed *in forma pauperis*. Docs. 1, 2. On June 27, 2024, the undersigned granted Plaintiff's motion for leave to proceed *in forma pauperis* and assessed an initial partial filing fee of $37.00, to be paid by July 29, 2024. Doc. 4.

To date, Plaintiff has not complied with the order dated June 27, 2024, and has not responded to the 14-day show cause order entered on August 13, 2024, Doc. 5.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 11th day of September, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

## NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to make recommendations regarding dispositive matters.** *See* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only. A party must serve a copy of any objections on all other parties. A party who fails to**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**object to this report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**